FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 17 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Roderick Richard Rightmire<br><br>Defendant. | CR '12 1346 PHX ROS (SPL)<br><br>**I N D I C T M E N T**<br><br>VIO: 18 U.S.C. § 876(c)<br>(Mailing Threatening Communications)<br>Counts 1 - 3 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about August 25, 2011, Roderick Richard Rightmire, knowingly deposited in the United States mail, with intent to threaten, a communication, addressed to Tom Horne, Arizona Attorney General, containing a threat to injure the person of another specifically Tom Horne and Maricopa County Attorney Bill Montgomery.

In violation of Title 18, United States Code, Section 876(c).

### COUNT 2

On or about September 13, 2011, Roderick Richard Rightmire, knowingly deposited in the United States mail, with intent to threaten, a communication, addressed to Jay Rademacher, Maricopa County Deputy County Attorney, containing a threat to injure the person of another specifically Jay Rademacher.

In violation of Title 18, United States Code, Section 876(c).

## COUNT 3

On or about May 30, 2012, Roderick Richard Rightmire, knowingly deposited in the United States mail, with intent to threaten, a communication, addressed to Bill Montgomery, Maricopa County Attorney, containing a threat to injure the person of another specifically Bill Montgomery.

In violation of Title 18, United States Code, Section 876(c).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: July 17, 2012

JOHN S. LEONARDO
United States Attorney
District of Arizona

/s/
KRISTEN BROOK
Assistant U.S. Attorney